# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

    Case No. 2:00-CV-1289
    JUDGE EDMUND A. SARGUS, JR.
    MAGISTRATE JUDGE TERENCE P. KEMP

DAVID L. WHITE,
SSN: XXX-XX-1716

    Defendant,

    and

Muskingum Coach Company,
    Garnishee.

## ORDER

Presently before the Court is Plaintiff United States of America's Motion to Quash the Writ of Continuing Garnishment (Doc. 18). Pursuant to 28 U.S.C. § 3205(10), the Plaintiff's motion is **GRANTED** and the July 6, 2007 Writ of Continuing Garnishment against the property of David L. White is quashed.

**IT IS SO ORDERED.**

11-2-2011
**DATED**

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE